IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOAN E. JERNIGAN, et al, | ) |
| | ) Civil Case No. 2:12-cv-0039 |
| v. | ) JUDGE SHARP |
| | ) |
| JOHNSON & JOHNSON, et al. | ) |

**O R D E R**

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 2327, this case is hereby transferred to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Southern District of West Virginia.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE